ATWATER et al., Respondents, v. CAL-HOUN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) Action by Jason G. Atwater and another against John W. Calhoun. No opinion. Judgment and order affirmed, with costs.

BACHMANN v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Emil Bachmann against the Union Railway Company. No opinion. Motion denied, with $10 costs. Order filed.

BACHMANN, Appellant, v. UNION RY. OF NEW YORK., Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Emil Bachmann against the Union Railway Company of New York. A. P. Wagener, for appellant. B. H. Ames, for respondent.

PER CURIAM. Determination affirmed, with costs. Order filed. See, also, 111 N. Y. Supp. 586.

LAUGHLIN, J., dissents.

BALDWIN, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Catherine Baldwin, as administratrix, etc., of Thomas Baldwin, deceased, against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BANES v. RAINEY. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Samuel T. Banes against Roy A. Rainey, as executor. No opinion. Motion denied, with $10 costs. Order filed.

BANQUE COMMERCIALE, Respondent, v. ROBERT B. MacLEA CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by the Banque Commerciale against the Robert B. MacLea Company. A. L. Davis, for appellant. H. L. Gray, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BARBER v. ELLINGWOOD (two cases). (Supreme Court, Appellate Division, First Department. March 12, 1909.) Actions by Clarence L. Barber against Charles H. Ellingwood. No opinions. Motions denied, with $10 costs. Orders filed.

BARNES, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Grace E. Barnes against the New York City Railway Company. B. H. Ames, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

BARTLETT, Respondent, v. HUNTER ARMS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by Frank W. Bartlett against the Hunter Arms Company. No opinion. Judgment and order affirmed, with costs.

In re BASHFORD. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) In the matter of the judicial settlement of the accounts of James D. Bashford, as county treasurer of Wayne county, as temporary administrator, etc., of Anna Elizabeth McKenzie, deceased.

PER CURIAM. Decree modified, by reducing the commissions of the temporary administrator to the sum of $1,764.31, and directing him to refund and pay over to the executors of the estate the sum of $1,764.31, with interest thereon from June 6, 1907, and, as so modified, the decree is affirmed, with costs to appellants against the respondent personally.

BATTAGLIA, Appellant, v. NEW YORK CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Joseph Battaglia, as administrator, against the New York Contracting Company. T. J. O'Neill, for appellant. J. C. Toole, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BAUMGARTEN, Respondent, v. BLUE RIBBON GARAGE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Emile Baumgarten against the Blue Ribbon Garage Company. P. A. Brown, for appellant. J. L. Hill, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BAUSCHER et al., Appellants, v. ABUKALIL, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by August Bauscher and another against Gabriel Abukalil. G. J. Sproull, for appellants. G. D. Lamb, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BECK, Appellant, v. McLANE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1909.) Action by Michael J. Beck against James McLane. No opinion. Motion for leave to appeal to Court of Appeals granted. See, also, 114 N. Y. Supp. 44.

BECKER, Respondent, v. HART et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by Josephine Becker against Frieda Hart and another. No opinion. Motion for reargument granted, and case set down for Tuesday, May 4, 1909. See, also, 129 App. Div. 511, 113 N. Y. Supp. 1053.

BEECKMAN, Respondent, v. HERRING, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action